B5 (Official Form 5) (12/07)

# FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court<br>Middle District of Florida | | INVOLUNTARY PETITION |
|---|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**Devlin Group Properties, LLC** | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) | |
| Last four digits of Social-Security or other Individual's Tax-ID No./Complete EIN (If more than one, state all.) | | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**1548 The Green Way**<br>**Suite 6**<br>**Jacksonville Beach, FL 32250** | MAILING ADDRESS OF DEBTOR (If different from street address) | |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Duval** | | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
■ Chapter 7   ☐ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts** (Check one box)
Petitioners believe:
☐ Debts are primarily consumer debts
■ Debts are primarily business debts

**Type of Debtor** (Form of Organization)
☐ Individual (Includes Joint Debtor)
■ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

### VENUE

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

### FILING FEE (Check one box)

■ Full Filing Fee attached

☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.
*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

### ALLEGATIONS
(Check applicable boxes)

1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;

   or

3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

COURT USE ONLY

FILED JACKSONVILLE
2011 MAR -7 AM 11:53

This document is deemed filed on 3/4/2011 pursuant to Administrative Order FLMB-2003-2 governing after-hours filing.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____    X _____ Date
Signature of Petitioner or Representative (State title)         Signature of Attorney

**Bruce Orlofsky**                                               Alvin E. Entin, Esq.
Name of Petitioner                    Date Signed               Name of Attorney Firm (If any)
                                                                 Entin & Della Fera, P.A.
                                                                 110 SE 6th Ave.
                                                                 Suite 1970
Name & Mailing        Bruce Orlofsky                             Fort Lauderdale, FL 33301
Address of Individual c/o Times Plaza Management, LLC            Address
Signing in Representative 614 Hempstead Gardens Drive
Capacity              West Hempstead, NY 11552                   Telephone No. 954-761-7201

X _____    X _____ Date
Signature of Petitioner or Representative (State title)         Signature of Attorney

**Orlo Holdings NY, LLC**                                        Alvin E. Entin, Esq.
Name of Petitioner                    Date Signed               Name of Attorney Firm (If any)
                                                                 Entin & Della Fera, P.A.
                                                                 110 SE 6th Ave.
                                                                 Suite 1970
Name & Mailing        Bruce Orlofsky, Managing Member            Fort Lauderdale, FL 33301
Address of Individual c/o Times Plaza Management, LLC            Address
Signing in Representative 614 Hempstead Gardens Drive
Capacity              West Hempstead, NY 11552                   Telephone No. 954-761-7201

X _____    X _____ Date
Signature of Petitioner or Representative (State title)         Signature of Attorney

**Orlo Nine Mile, LLC**                                          Alvin E. Entin, Esq.
Name of Petitioner                    Date Signed               Name of Attorney Firm (If any)
                                                                 Entin & Della Fera, P.A.
                                                                 110 SE 6th Ave.
                                                                 Suite 1970
Name & Mailing        Bruce Orlofsky, Managing Member            Fort Lauderdale, FL 33301
Address of Individual c/o Times Plaza Management, LLC            Address
Signing in Representative 614 Hempstead Gardens Drive
Capacity              West Hempstead, NY 11552                   Telephone No. 954-761-7201

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Bruce Orlofsky<br>c/o Times Plaza Management, LLC<br>614 Hempstead Gardens Drive<br>West Hempstead, NY 11552 | Money Lent | 200,000.00 |
| Orlo Holdings NY, LLC<br>c/o Times Plaza Management, LLC<br>614 Hempstead Gardens Drive<br>West Hempstead, NY 11552 | Money Lent | 8,723,273.91 |
| Orlo Nine Mile, LLC<br>c/o Times Plaza Management, LLC<br>614 Hempstead Gardens Drive<br>West Hempstead, NY 11552 | Money Lent | 5,173,727.30 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>18,250,488.27 |

__1__ continuation sheets attached

Name of Debtor **Devlin Group Properties, LLC**

B5 (Official Form 5) (12/07) - Page 2

Case No._____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _[signature]_  
Signature of Petitioner or Representative (State title)

X _[signature]_ Date  
Signature of Attorney

**Orlo St. Marks Pond, LLC**  
Name of Petitioner     Date Signed

Alvin E. Entin, Esq.  
Name of Attorney Firm (If any)  
**Entin & Della Fera, P.A.**  
**110 SE 6th Ave.**  
**Suite 1970**  
**Fort Lauderdale, FL 33301**  
Address  
Telephone No. **954-761-7201**

Name & Mailing Address of Individual Signing in Representative Capacity: **Bruce Orlofsky, Managing Member c/o Times Plaza Management, LLC 614 Hempstead Gardens Drive West Hempstead, NY 11552**

---

X_____  
Signature of Petitioner or Representative (State title)

X_____ Date  
Signature of Attorney

Name of Petitioner     Date Signed

Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity

Address  
Telephone No._____

---

X_____  
Signature of Petitioner or Representative (State title)

X_____ Date  
Signature of Attorney

Name of Petitioner     Date Signed

Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity

Address  
Telephone No._____

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Orlo St. Marks Pond, LLC<br>c/o Times Plaza Management, LLC<br>614 Hempstead Gardens Drive<br>West Hempstead, NY 11552 | Money Lent | 4,153,487.06 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

**Total Amount of Petitioners' Claims**    **18,250,488.27**

_1_ of _1_ continuation sheets attached

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com     Best Case Bankruptcy

# LAW OFFICES OF JEFFREY W. BLACHER
A PROFESSIONAL ASSOCIATION
2999 N.E. 191ST ST. · SUITE 805
AVENTURA, FL 33180
TEL. 305-705-0888        FAX 305-356-3693

# Fax

| | | | |
|---|---|---|---|
| **To:** | Clerk's Office | **From:** | Jeffrey Blacher, Esq. |
| **Fax:** | (904) 301-6494 | **Pages:** | 04 |
| **Phone:** | | **Date:** | 03/04/2011 |
| **Re:** | Involuntary Bankruptcy Petition | **cc:** | |

☐ **Urgent**    ☐ **For Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

● **Comments:**

```
        ***  COMMUNICATION RESULT REPORT ( MAR. 4. 2011  4:49PM ) ***                    P. 1
                                                                    FAX HEADER:

TRANSMITTED/STORED : MAR. 4. 2011  4:48PM
FILE MODE            OPTION              ADDRESS                    RESULT    PAGE
------------------------------------------------------------------------------------
 092  MEMORY TX                          19043016494                OK        4/4

-------------------------------------------------------------------------------------
    REASON FOR ERROR
       E-1) HANG UP OR LINE FAIL              E-2) BUSY
       E-3) NO ANSWER                         E-4) NO FACSIMILE CONNECTION
```

LAW OFFICES OF
JEFFREY W. BLACHER
A PROFESSIONAL ASSOCIATION
2999 N.E. 191ST ST. · SUITE 805
AVENTURA, FL 33180
TEL 305-705-0888                    FAX 305-356-3693

# Fax

| To: | Clerk's Office | From: | Jeffrey Blacher, Esq. |
| Fax: | (904) 301-6494 | Pages: | 04 |
| Phone: | | Date: | 03/04/2011 |
| Re: | Involuntary Bankruptcy Petition | cc: | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

● Comments:

**LAW OFFICES OF
JEFFREY W. BLACHER
A PROFESSIONAL ASSOCIATION
2999 N.E. 191ST ST. · SUITE 805
AVENTURA, FL 33180**
TEL 305-705-0888   FAX 305-356-3693

# Fax

| | | | |
|---|---|---|---|
| **To:** Clerk's Office | | **From:** Jeffrey Blacher, Esq. | |
| **Fax:** (904) 301-6494 | | **Pages:** 04 | |
| **Phone:** | | **Date:** 03/04/2011 | |
| **Re:** Involuntary Bankruptcy Petition | | **cc:** | |
| ☐ **Urgent**  ☐ **For Review**  ☐ **Please Comment**  ☐ **Please Reply**  ☐ **Please Recycle** | | | |

● **Comments:**